GEORGE W. GERLACH, Appellant, *v.* NATIONAL ASSETS CORPORATION et al., Respondents.

(Argued May 31, 1933; decided June 13, 1933.)

*Abraham Green* for appellant.

*James F. Donnelly, Victor S. Gettner* and *Sidney Segal* for Denis M. Hurley, as receiver of National Assets Corporation, respondent.

*Morris J. Junger* for William H. Byington, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG and O'BRIEN, JJ. LEHMAN and CROUCH, JJ., dissent as to the defendant Byington and vote for a new trial. Not sitting: HUBBS, J.